**Bennie Austin MACK, Jr.,
Plaintiff-Appellant,**

**v.**

**Officer Charles TURNER, in his official capacity as an employee of the Federal Bureau of Prisons, and in his individual capacity; Travis Elmore, in his official capacity as an employee of the Federal Bureau of Prisons, and in his individual capacity; Charles E. Samuels, Jr., in his official capacity as Director of the Federal Bureau of Prisons, and in his individual capacity; Joel Coakley, in his official capacity as Warden at the Federal Correctional Institution in Beckley, West Virginia, and in his individual capacity; David Lemaster, in his official capacity as Executive Director and Camp Administrator at the Federal Correctional Institution in Beckley, West Virginia, and in his individual capacity; E. Stock, in her official capacity as an employee of the Federal Bureau of Prisons, and in her individual capacity, Defendants-Appellees.**

No. 17-6337

United States Court of Appeals, Fourth Circuit.

Submitted: August 18, 2017

Decided: August 28, 2017

Bennie A. Mack, Jr., Appellant Pro Se. Stephen Michael Horn, Assistant United States Attorney, Matthew Charles Lindsay, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellees.

Before GREGORY, Chief Judge, and SHEDD and DUNCAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bennie Austin Mack, Jr., appeals the district court's orders dismissing his civil action for failure to prosecute and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Mack v. Turner*, No. 5:15-cv-03589, 2017 WL 870414 (S.D.W. Va. Mar. 3, 2017). We grant leave to proceed in forma pauperis. We dispense with

oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*